17UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| PROGRESSIVE CASUALTY INSURANCE COMPANY,<br><br>   Plaintiff,<br><br> v.<br><br>GEORGE A. LUNA,<br><br>   Defendant. | Case No. 05-cv-4194-JPG |

## JUDGMENT

 This matter having come before the Court, the issues having been heard, and a decision having been made,

 IT IS HEREBY ORDERED AND ADJUDGED that judgment on Count I is entered in favor of plaintiff Progressive Casualty Insurance Company and against defendant George A. Luna in the amount of $11,527.72;

 IT IS FURTHER ORDERED AND ADJUDGED that Counts II, III and IV are dismissed with prejudice; and

 IT IS FURTHER DECLARED that the insurance policy plaintiff Progressive Casualty Insurance Company issued to defendant George A. Luna (Illinois Mobile Home/Manufactured Home Policy # 13233981-0) is rescinded and void and that plaintiff Progressive Casualty Insurance Company owes no duty to defendant George Luna under that policy of insurance for the March 22, 2005, mobile home fire loss.

                **NORBERT JAWORSKI**

**Date:  July 13, 2007**          By:s/Deborah Agans, Deputy Clerk

                   

**Approved:**  s/ J. Phil Gilbert
        **J. PHIL GILBERT**
        **DISTRICT JUDGE**